```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA            :
          - v. -                    :
MAURICE PIANKO,                     :
              Defendant.            :
- - - - - - - - - - - - - - - - - -x
```

**09 CRIM 1096**

MISDEMEANOR
INFORMATION

09 Cr.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 13 2009

COUNT ONE

The United States Attorney charges:

From at least in or about July 2007, up to and including in or about March 2009, in the Southern District of New York and elsewhere, MAURICE PIANKO, the defendant, unlawfully, knowingly and willfully did use and cause the use in payment of postage, postage stamps, postal cards, and stamped envelopes, issued in pursuance of law, which had already been used for a like purpose, to wit, PIANKO used postage stamps he had purchased from Stamps.com and then sold and distributed duplicates of those stamps knowing the duplicates would be used in payment of postage.

(Title 18, United States Code, Sections 1720 and 2.)

*Preet Bharara*
PREET BHARARA
United States Attorney