PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**SCANNED**   **ORIGINAL**

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

      Plaintiff,

  - v. -

MAURICE PIANKO,

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

09 CR 1096-01 (KNF)

#10,0148

SOUTHERN DISTRICT OF NEW YORK

  Satisfaction is acknowledged between United States of America, plaintiff, and Maurice Pianko, defendant, for the restitution in the amount of $5,417.50 and the special assessment in the amount of $25.00, amounting in all to the sum of $5,442.50. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 3rd day of January 2010.

            PREET BHARARA
            United States Attorney for the
            Southern District of New York

            By: _____
            KATHLEEN A. ZEBROWSKI
            Assistant United States Attorney

STATE OF NEW YORK)
        ss:
COUNTY OF NEW YORK)

  On the 21 day of January 2010, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____ Notary